# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2011

142937

SPARTECH POLYCOM,
              Petitioner-Appellee,

v

CITY OF ST. CLAIR,
              Respondent-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142937
COA: 295334
MTT: 00-329583

On order of the Court, the application for leave to appeal the March 8, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2011

_____
Clerk

p0921